IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE COUSTEAU SOCIETY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CELINE COUSTEAU, FRANCE TV, ) <br> CELINE COUSTEAU, LLC, NEWEN ) <br> DISTRIBUTION, and CAPA PRESSE, ) <br> ) <br> Defendants. ) | Case No.: 1:18-cv-08341-LAP |

## NOTICE OF DISMISSAL AS TO ALL DEFENDANTS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff The Cousteau Society, Inc. hereby dismisses all claims in this action with prejudice as to all defendants, with each party to bear its own costs, expenses, and attorneys' fees.

Dated August 4, 2022

Respectfully submitted,

/s/ James E. Rosini
James E. Rosini
Hunton Andrews Kurth LLP
200 Park Avenue
New York, NY 10166
212-309-1100
jrosini@huntonak.com

*Attorneys for Plaintiff*
*The Cousteau Society, Inc.*

```
The Clerk of the Court shall mark this action
closed and all pending motions denied as moot.
SO ORDERED.
Dated:    August 5, 2022
          New York, New York
```

/s/ Loretta A. Preska
LORETTA A. PRESKA
Senior United States District Judge

1